**STATE OF LOUISIANA**     *     **NO. 2018-KA-0630**

**VERSUS**     *     **COURT OF APPEAL**

**LARRY RUDOLPH**     *     **FOURTH CIRCUIT**

    *     **STATE OF LOUISIANA**

    *

    *

**\* \* \* \* \* \* \***

**LEDET, J., CONCURS WITH REASONS**

I write separately to emphasize that our rejection of Mr. Rudolph's double jeopardy claim is grounded in the absence, rather than the presence, of relevant evidence in the record. Accordingly, our decision should not be regarded as the law of the case; and I would reserve Mr. Rudolph's right on remand to renew his double jeopardy claim and to pursue any and all relevant evidence, including testimony, in support of such claim. For these reasons, I respectfully concur.